STARR *vs.* RATHBONE and others.

A receiver will not be appointed in a creditor's suit where it appears from the bill itself that the plaintiff's remedy at law has not been exhausted.

IN EQUITY. Motion for a receiver in a creditor's suit. The bill alleges that the defendant is the proprietor of a large hotel in the city of New York, entertaining numerous guests, and receiving money from them, from time to time; and that he has a large amount of furniture and other personal property in his hotel. The defendant demurred to the bill, on the ground that upon the facts stated therein it appeared that the plaintiff had not exhausted his remedy at law.

Jacobs *v.* Hooker.

*H. F. Clark*, for the plaintiff.

*John Cochran*, for the defendant.

EDMONDS, J., denied the motion, on the ground that the remedy at law did not appear to have been exhausted by the plaintiff before resorting to this court; the bill alleging that the defendant has a large amount of personal property, which, from aught that appears, may be reached by an execution at law.

SAME TERM.   *Before the same Justice.*